FILED US District Court-UT
SEP 16 '26 AM10:03

MELISSA HOLYOAK, United States Attorney (#9832)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Email: todd.bouton@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON MATAI SEEI,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: Unlawful Secretion, Destruction, and Delay of Mail, 18 U.S.C. § 1703(a)<br><br>Case: 2:26-cr-00361<br>Assigned To : Stewart, Ted<br>Assign. Date : 9/15/2026 |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. § 1703(a)
(Unlawful Secretion, Destruction, and Delay of Mail)

On or about June 3, 2026, in the District of Utah,

DAMON MATAI SEEI,

defendant herein, while employed as a Postal Service employee, did unlawfully secrete, destroy, and delay mail entrusted to him and which came into his possession, including

advertisements and mail-in ballots, which mail was intended to be conveyed by mail, and carried and delivered by SEEI.

All in violation of 18 U.S.C. § 1703(a) and punishable thereunder.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

Todd C. Bouton
Assistant United States Attorney