# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

V.

**Damon Matai Seei**

## ARREST WARRANT

SEALED Case No: **2:26-CR-00361 TS**

**DESIGNATED LOCATION: ☒ Salt Lake City ☐ St George**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **DAMON MATAI SEEI**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information
[ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Unlawful Secretion, Destruction, and Delay of Mail**

in violation of **18:1703(a)** United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

September 16, 2026 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
Deputy Clerk

Bail fixed ______________________ by ______________________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______________________

| | | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |